**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Southern** District of **New York**
(State)

Case number (If known): _____ Chapter ____

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Findlay Estates LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  27-4448919

**4. Debtor's address**

Principal place of business:
71 Lafayette Avenue
Number  Street

Suffern   New York   10901
City   State   ZIP Code

Rockland
County

Mailing address, if different from principal place of business:
Number  Street

P.O. Box

City  State  ZIP Code

Location of principal assets, if different from principal place of business
Number  Street

City  State  ZIP Code

**5. Debtor's website (URL)**  _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor __Findlay Estates LLC__  Case number (if known) _____
      Name

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor  **Findlay Estates LLC**                    Case number (if known) _____
         Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No
☐ Yes.  District _____  When ____/____/____  Case number _____
                             MM / DD / YYYY
        District _____  When ____/____/____  Case number _____
                             MM / DD / YYYY

If more than 2 cases, attach a separate list.

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When ____/____/____
                                       MM / DD / YYYY
        Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No   The Debtor seeks to remove a Receiver appointed by Court Order dated October 7, 2021 on the grounds that the Receiver has not adequately protected the property located at 1056-1064 Findlay Avenue, Bronx, New York

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street
                          _____
                          City                              State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

Debtor  **Findlay Estates LLC**                    Case number (if known) _____
        Name

| | Check one: |
|---|---|
| 13. Debtor's estimation of available funds | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

11 16 2021
Executed on _____
MM / DD / YYYY

x   *S. Grunhut* (signature)

Sheindy Grunhut
Signature of authorized representative of debtor   Printed name

Sole Member-Manager
Title _____

Debtor  __Findlay Estates LLC__    Case number (if known) _____
        Name

**18. Signature of attorney**    X _/s/ Leo Fox_    Date  __11  16 2021__
                                 Signature of attorney for debtor        MM  / DD / YYYY

Leo Fox
Printed name

Firm name
630 Third Avenue - 18th Floor
Number      Street

New York                                    New York   10017
City                                        State      ZIP Code

212-867-9595                                leo@leofoxlaw.com
Contact phone                               Email address

1422476                                     New York
Bar number                                  State

21-22647-rdd    Doc 1    Filed 11/16/21    Entered 11/16/21 12:24:32    Main Document
Pg 6 of 10

## CORPORATE RESOLUTION

The undersigned, Sheindy Grunhut, is the authorized Sole Member-Manager of Findlay Estates, LLC (the "Company") and is authorized to make this certification. The undersigned certifies that on the date noted below, a Special Meeting of the Company was regularly and duly held at 630 Third Avenue, 18th Floor, New York, New York 10017.

At said Meeting, a resolution was passed, as follows:

**RESOLVED**, that the Manager be and he hereby is individually authorized and directed to file on behalf of the Company an application under Chapter 11 of the Bankruptcy Code and to take all steps necessary and proper for the filing of said application, including the retention of Leo Fox, Esq. located at 630 Third Avenue, 18th Floor, New York, NY 10017, as attorney for that purpose.

Dated: New York, New York
November 16, 2021

_____
Sheindy Grunhut
Sole Member-Manager

Scanned with CamScanner

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                                          Case No.:
                                                                                       Chapter 11
FINDLAY ESTATES, LLC,

                                        Debtor.
------------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL RULE 1007

STATE OF NEW YORK    )
                                  ss.:
COUNTY OF ROCKLAND  )

      **SHEINDY GRUNHUT**, declares under penalty of perjury:

      1.     I, Sheindy Grunhut, am the Sole Member and Manager of the above Debtor a New York limited liability company with offices located at 71 Lafayette Street, Suffern, New York 10901.

      2.     This affidavit is submitted by the Debtor-in-Possession, pursuant to the Local Rules of this Court, in connection with filing of a Chapter 11 case by the above Debtor.

      3.     The Debtor is not a small business debtor within the meaning of the Bankruptcy Code.

      4.     The Debtor is in the business of owning and operating certain real estate located at 1056-1064 Findlay Avenue, Bronx, New York, a building containing 27 residential rental units. There are three (3) vacancies. The Debtor's Managing Agent is New York Management Corp., P.O. Box 63, Monsey, New York 10952.

      5.     Expected receipts is approximately $50,000 and disbursements is approximately $25,000 for the next 30 days.

      6.     A summary of the debtor's assets and liabilities are attached as *Exhibit A*.

7. The events leading up to this Chapter 11 filing arise from the following. The Debtor generally paid its bills until the COVID pandemic struck the New York area, in particular, the Bronx in great measure. Many tenants stopped paying rent, some moving out and other simply squatting. Despite this, the Debtor's principals continued to pay the mortgage payments owed to the Mortgagee from their own funds in substantial measure.

8. On January 14, 2019, the Debtor borrowed funds in the principal amount of Six Million Three Hundred Thirty Five Thousand Dollars ($6,335,000) and executed a Note and Mortgage. Greystone Servicing Corporation is the original named Mortgagee. Simultaneously with the Mortgage Loan, Greystone assigned its interest in the mortgage to Federal Home Loan Mortgage Corporation (the "Mortgagee"). On November 12, 2020, Greystone repurchased the Loan effective November 12, 2020, and assigned it to Greystone Healthcare Management Corp. On December 31, 2020, Greystone Healthcare Management Corp. assigned the Loan to PFSS 2020 Holding Company, LLC ("PFSS 2020").

9. On or about October 23, 2020, Federal Home Loan Mortgage Corporation ("Federal") as Mortgagee, commenced a foreclosure action in the United States District Court for the Southern District of New York under Index No. 20-08884 (PAE), seeking the payment of obligations including default interest, principal and other fees and charges. The Complaint alleged that there was a principal balance of $6,213,237 as of September 30, 2020 plus interest and default interest. The Debtor and the Debtor's principals denied the pleadings in an Answer.

10. The monthly interest payment under the non-default contract rate of $24,851.07 was increased by approximate $22,000 in default rate interest plus late charges each month.

11. On May 28, 2021, a First Amended Complaint was filed by PFSS 2020. The action is pending in the United States District Court.

12. On or about October 7, 2021, the United States District Court granted the appointment of a Receiver. So far the Receiver has not been successful in maintaining and preserving the property, in collecting rents and in leasing vacancies.

13. The Debtor's books and records are being maintained at the Debtor's offices at 71 Lafayette Street, Suffern, New York 10901 and at the Debtor's Managing Agent's Office.

14. The Debtor believes that it will be able propose a viable and confirmable Plan of Reorganization to deal with the Mortgagee and its creditors.

Duly declared under penalty of perjury:
November 16, 2021

_____
Name: Sheindy Grunhut
Title: Sole-Member/Manager

## EXHIBIT A

## ASSETS AND LIABILITIES

**ASSETS**

| Real Property<br><br>1056-1064 Findlay Avenue<br>Bronx, New York | Undetermined<br>In excess of the Mortgage Debt |
|---|---|

**LIABILITIES**

| Secured Debt<br><br>Mortgage | Approximately $6,213,237 principal<br>(Disputed) |
|---|---|
| Unsecured Claims | $2,450,000 |

4